PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

Illinois Central

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   Reginald R. Rowry

Case Number:   0753 1:12CR10115-005

Name of Sentencing Judicial Officer:   Honorable James E. Shadid

Date of Original Sentence:   12/05/2013

Original Offense:

Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base.

On December 21, 2021, a violation report was submitted to the Court reporting Mr. Rowry tested positive for marijuana on December 7, 2021. Mr. Rowry was verbally reprimanded and drug tests were increased. No further Court action was recommended, and the Court concurred.

On February 2, 2022, a violation report was submitted to the Court reporting Mr. Rowry tested positive for marijuana on December 23, 2021, and January 7, 2021. Mr. Rowry was referred to complete a cognitive life skills course through American Community Corrections Institute (ACCI). No further Court action was recommended, and the Court concurred. On March 31, 2022, Mr. Rowry successfully completed his ACCI life skills substance abuse course.

On May 3, 2024, a violation report was submitted to the Court reporting Mr. Rowry was consuming alcohol during a home contact on March 19, 2024. Mr. Rowry was verbally reprimanded and referred to a substance abuse evaluation. No further Court action was recommended, and the Court concurred.

On July 24, 2024, a violation report was submitted to the Court reporting Mr. Rowry was arrested and charged in McLean County, Illinois, Circuit Court Case No. 2024CF590 for Count 1: Aggravated Domestic Battery-Strangulation; Count 2: Domestic Battery Subsequent Offense Felony; and Count 3: Criminal Trespass to Residence, Person Present. No Court action was recommended for U.S. Probation to follow the case as it proceeds through McLean County, Illinois, Circuit Court, and the Court concurred.

Original Sentence:   120 months custody, followed by 8 years supervised release.

Type of Supervision:   Supervised Release          Date Supervision Commenced:   05/25/2021

## PETITIONING THE COURT

☐  To extend the term of supervision for _____ years, for a total term of _____ years.

☒  To modify the conditions of supervision as follows:

PROB 12B
(7/93)

SPECIAL CONDITION NO. 3: You shall serve 120 days in home confinement during your term of supervision. The home confinement will start as soon as possible after your supervision term begins. You shall be monitored by radio frequency monitoring technology and shall abide by all technology requirements. You shall pay the costs of the program to the extent you are financially able to pay. The U.S. Probation Office shall determine your ability to pay and any schedule for payment, subject to the court's review upon request.

Home Detention: You shall sign the rules of home confinement/location monitoring and comply with the conditions of home confinement. During this time, you will remain at your place of residence except for employment and other activities approved in advance by the U.S. Probation Office. You shall wear a location monitoring device. You shall pay the costs of the program to the extent you are financially able to pay. The U.S. Probation Office shall determine your ability to pay and any schedule for payment, subject to the court's review upon request.

## CAUSE

On June 7, 2024, Mr. Rowry was arrested by Bloomington Police Department for Aggravated Domestic Battery. Mr. Rowry was charged in McLean County, Illinois, Circuit Court Case No. 2024CF590 for Count 1: Aggravated Domestic Battery- Strangulation; Count 2: Domestic Battery Subsequent Offense Felony; and Count 3: Criminal Trespass to Residence, Person Present. On July 24, 2024, a violation report was submitted to the Court reporting this case and recommending probation follow this case as it proceeds through McLean County, Illinois, Circuit Court. On September 8, 2025, U.S. Probation Officer Delaney L. Sebben was notified by McLean County Probation Officer, Clair Penway, Mr. Rowry entered a plea of guilty to Domestic Battery in 2024CF540. Mr. Rowry is scheduled to appear for sentencing on November 3, 2025.

On August 1, 2025, Mr. Rowry was arrested by Bloomington Police Department for Driving Under the Influence with a BAC of .110. Mr. Rowry was charged in McLean County, Illinois, Circuit Court Case No. 2025DT420 for Count 1: Driving Under the Influence of Alcohol; Count 2: Driving Under Influence/BAC 0.08; Count 3: Unlawful Possession of Cannabis/Driver; Count 4: Illegal Transportation/Carry Alcoholic Liquor Driver; and Count 5: Improper Traffic Lane Usage. Mr. Rowry is scheduled to appear in McLean County, Illinois, Circuit Court on October 14, 2025.

On August 6, 2025, Mr. Rowry reported to the probation office to discuss the most recent arrest. Mr. Rowry reported he had went out to eat with friends to celebrate his birthday. Mr. Rowry reported having one beer at dinner.

Home confinement will provide structure and accountability for Mr. Rowry's whereabouts and assist him in making positive choices conducive to his supervision. This will also serve as a sanction for his felony conduct in McLean County, Illinois, Circuit Court Case No. 2024CF540. In addition, USPO Sebben will refer Mr. Rowry for a substance abuse assessment with Chestnut Health Systems. He will be required to follow any treatment recommendations. Home confinement will allow Mr. Rowry the ability to avail himself to substance abuse treatment to address any needs, while affording him an opportunity to remain in the community. Assistant United States Attorney Grace Hitzeman has no objection to the above modification. This modification has been explained to Mr. Rowry, he understood his rights to a hearing and to counsel. He has waived his rights to counsel and a hearing, and has agreed to the proposed modification.

Respectfully submitted,

by Delaney L Sebben
Digitally signed by Delaney L Sebben
Date: 2025.10.09 08:40:23 -05'00'

U.S. Probation Officer

Date: 10/09/2025

THE COURT ORDERS:

PROB 12B
(7/93)

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

_____
Signature of Judicial Officer

10/9/25
_____
Date